# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   1

| Case No.: | 14-51609-CMC | | Trustee Name: | Clyde C. Hardesty |
| Case Name: | GUNTUPALLI, SRINIVAS  AND GUNTUPALLI, AVANTHI RAN | | Date Filed (f) or Converted (c): | 03/13/2014 (f) |
| For the Period Ending: | 5/30/2014 | | §341(a) Meeting Date: | 04/22/2014 |
| | | | Claims Bar Date: | 08/19/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 110 Longleaf Street, Pickerington, Ohio 43147 | $183,370.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Bank checking account ending 6220 | $539.00 | $0.00 | | $0.00 | FA |
| 4 | Chase Bank savings account endng 6846 | $0.38 | $0.00 | | $0.00 | FA |
| 5 | Misc. Household goods and furnishings; misc. audio and video equipment | $7,500.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. books and pictures | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Misc. clothing | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Wedding rings | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Saisriven Pickerington, LLC (defunct) | Unknown | $0.00 | | $0.00 | FA |
| 10 | GBS Pickerington LLC (10% ownership) | $10.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Trustee will investigate value after review of 2013 tax return. | | | | | |
| 11 | Party Craft Outlet (defunct) | Unknown | $0.00 | | $0.00 | FA |
| 12 | Grandview CRM LLC (defunct) | Unknown | $0.00 | | $0.00 | FA |
| 13 | Autolot USA Sales LLC (defunct) | Unknown | $0.00 | | $0.00 | FA |
| 14 | Waggner CRM LLC (defunct) | Unknown | $0.00 | | $0.00 | FA |
| 15 | Autolot USA, LLC | Unknown | $0.00 | | $0.00 | FA |
| 16 | Impound Lot USA, LLC (defunct) | Unknown | $0.00 | | $0.00 | FA |
| 17 | 2006 Buick Rendevous (100,000 miles) | $3,000.00 | $0.00 | | $0.00 | FA |
| 18 | 2000 Toyota Camry (170,000 miles) | $1,250.00 | $0.00 | | $0.00 | FA |
| 19 | 2013 Federal and State Income Tax Returns. **(u)** | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Trustee to review after filing. | | | | | |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| | $197,269.38 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

05/30/2014   Trustee is waiting for Debtors to provide copies of the 2013 Federal, and State Income Tax Returns.  Debtors have asked for an extension until October 15, 2014. Trustee has also request a copy of Debtor's LLC returns. Trustee to file TFR or NDR by November, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 14-51609-CMC |
| **Case Name:** | GUNTUPALLI, SRINIVAS  AND GUNTUPALLI, AVANTHI RAN |
| **For the Period Ending:** | 5/30/2014 |

| | |
|---|---|
| **Trustee Name:** | Clyde C. Hardesty |
| **Date Filed (f) or Converted (c):** | 03/13/2014 (f) |
| **§341(a) Meeting Date:** | 04/22/2014 |
| **Claims Bar Date:** | 08/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** 11/15/2014

**Current Projected Date Of Final Report (TFR):**

/s/ CLYDE C. HARDESTY

CLYDE C. HARDESTY